UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>                              Petitioner,<br><br>vs.<br><br>WILLIAM KNIPP, Warden,<br><br>                              Respondent. | Civil No.   13cv2690-JAH(KSC)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner, Bobby James Williams, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis. The Court does not rule on Petitioner's request to proceed in forma pauperis because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A).

**PETITION BARRED BY GATEKEEPER PROVISION**

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his conviction in San Diego Superior Court Case No. SCD114531. On September 19, 2005, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in Case No. 05cv1823. In that petition, Petitioner challenged his conviction in San Diego Superior Court Case No. SCD114531 as well. (*See* Petition filed Sept. 19, 2005 in Case No. 05cv1823-JM(JMA), ECF No. 1 at 5, 42.) On September 22, 2006, this Court dismissed that petition as time barred. (*See* Order filed Sept. 22, 2006 in Case No. 05cv1823-JM(JMA), ECF No. 31.) Petitioner has not appealed that determination.

1  Petitioner now seeks to challenge the same conviction he challenged in his prior federal
2  habeas petition.  Unless a petitioner shows he or she has obtained an Order from the appropriate
3  court of appeals authorizing the district court to consider a successive petition, the petition may
4  not be filed in the district court.  *See* 28 U.S.C. § 2244(b)(3)(A); Murray v. Greiner, 394 F.3d
5  78 (2d Cir. 2005) (holding that dismissal for failure to comply with the one-year statute of
6  limitations renders subsequent petitions challenging the same conviction or sentence "second or
7  successive" under 28 U.S.C. § 2244(b); Reyes v. Vaughn, 276 F.Supp.2d 1027, 1029 (C.D. Cal.
8  2003) (same).  Here, there is no indication the Ninth Circuit Court of Appeals has granted
9  Petitioner leave to file a successive petition.

## CONCLUSION

11  Because there is no indication Petitioner has obtained permission from the Ninth Circuit
12  Court of Appeals to file a successive petition, this Court cannot consider this Petition.
13  Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition
14  in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.  The
15  Clerk of Court shall forward for Petitioner's convenience a blank Ninth Circuit Application for
16  Leave to File Second or Successive Petition along with a copy of this Order.

17  **IT IS SO ORDERED.**

19  DATED: November 14, 2013

    _____
    HON. JOHN A. HOUSTON
    United States District Judge

22  CC:    ALL PARTIES